FILED
JUL 24 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASMINE HARRIS, | ) |
| Plaintiff, | ) |
| | ) Civ. No. 19-2061 (UNA) |
| CCVN, | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a).

According to the plaintiff, there are bed bugs and cockroaches at the shelter where she currently resides. The complaint does not state a claim arising under the United States Constitution or federal law and, therefore, the plaintiff does not demonstrate federal question jurisdiction. Because the plaintiff does not demand for monetary damages, and because the parties both are citizens of the District of Columbia, the plaintiff fails to establish diversity jurisdiction.

The Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for lack of subject matter jurisdiction. An Order is issued separately.

DATE: July 23, 2019

_____
United States District Judge